

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. BUCK, | § | No. 08-16-00294-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D01234) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**December 22, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before December 22, 2017.

IT IS SO ORDERED this 22nd day of November, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.